# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131492

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BISHOP LUTHER EADY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131492
COA: 268787
Wayne CC: 05-000893-02

      On order of the Court, the application for leave to appeal the May 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

l0918